IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**
NOV 27 2007
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MOHAMMED JAWAD<br>A 42 708 893<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; SECRETARY MICHAEL CHERTOFF; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RUTH DORCHOFF, DISTRICT DIRECTOR; MICHAEL MUKASEY, US ATTORNEY GENERAL AND THE UNITED STATES OF AMERICA. FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, DIRECTOR<br><br>        Defendants. | Case No.<br><br>Judge<br><br>07CV6649<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COLE<br><br>Jury Demand |

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME the Plaintiff, Mohammed Jawad, by and through his attorneys, Khalaf, Abuzir & Mitchell, P.C., and complain as follows:

### STATEMENT OF ACTION

1. This action is brought to compel action on Application for Lawful Permanent Resident Status ("I-485") properly filed with the United States Citizenship and Immigration Services ("USCIS") in Chicago by the Plaintiff. To the Plaintiff detriment, Defendants have failed to adjudicate the applications.

1

## PARTIES

2. The Plaintiff Mohammed Jawad filed a Petition to Adjust Status to Lawful Permanent Resident (Form I-485) with the USCIS Chicago District Office.

3. Defendant MICHAEL CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. Chertoff is responsible for adjudication of I-130 applications pursuant to 8 U.S.C. § 1225.

4. Michael Mukasey ("Mukasey"), the Attorney General of the United States, is being sued in his official capacity only. Mukasey is responsible for the adjudication of I-485 applications pursuant to 8 U.S.C. § 1225.

5. Defendant Ruth Dorchoff ("Dorchoff"), the District Director of Chicago USCIS, is being sued in her official capacity only. Dorchoff is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

6. Robert Mueller ("Mueller"), is the Director of the Federal Bureau of Investigations, is being sued in his official capacity. Mueller is charged with supervising authority over FBI operations and FBI agents and officers acting in their official capacity.

## JURISDICTION

7. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C.§1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C.§§2201-2202.

8. This action is brought to compel the Defendants, an officer and an agency of the United States, to perform the duties arising under the laws of the United States.

9. This Court has jurisdiction to hear actions arising from claims that an agency or officer or employee of a government agency failed to act in its official capacity and the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §702.

10. This action invokes the Plaintiffs' right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.

11. This action is brought due to the repeated failure of the Defendants to perform their duty to adjudicate the Plaintiffs' I-485 application for adjustment of status within a reasonable amount of time. Failure to adjudicate said application has resulted in harm to the Plaintiffs.

12. Federal courts retain jurisdiction over adjudication matters when the USCIS refuses to adjudicate adjustment of status applications. Iddir v. INS, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

13. The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because the Plaintiff is not seeking a review of a denial; he is seeking to have his adjustment application adjudicated, as part of the duties conferred upon the Defendants by Congress. Id. at 1256.

14. Venue lies in this Court pursuant to 28 U.S.C. §1391(e). This is an action against officers and agencies of the United States in their capacities, brought in the

District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred.

15. Plaintiffs' Application for Lawful Permanent Resident Status was properly filed and, to Plaintiffs' knowledge, remains pending with the Chicago, USCIS District Director.

## EXHAUSTION OF REMEDIES

16. Plaintiff has exhausted all administrative remedies. Plaintiff, through his attorney and on his own, has made numerous inquiries concerning the status of I-485 application and Defendants have failed to properly respond.

17. Plaintiff has not received correspondence from the Defendants in regards to adjudication of their Form I-485 application.

## CAUSE OF ACTION

18. Plaintiffs' filed their I-485 application on or about January 21, 2003. *See Exhibit "A"*.

19. Plaintiffs were last interviewed on their applications by Defendants on August 30, 2004; however Plaintiffs have yet to receive a decision.

20. Approximately over fifty seven months (57) months have passed since Plaintiffs filed their applications and thirty eight (38) months since Plaintiffs interview and Plaintiffs have yet to receive a decision.

21. Plaintiffs properly submitted the documentation in support of their application and Defendants have not requested any additional evidence in support of their applications.

4

22. Defendants have had every opportunity to adjudicate Plaintiffs' applications. There has been no decision and no further indication there has been any attempt to adjudicate his application. Again, Defendants have had over 3 year and 2 months to make a decision on the applications.

23. Plaintiff has been greatly damaged by the failure of Defendants to act in accord with his duties under the law.

    (a) Plaintiff has to expend money every year in order to renew Mr. Jawad work authorization permission.

    (b) The Plaintiff has been denied the opportunity to have a final resolution of his application. Specifically, whether Mr. Jawad can remain lawfully present in the United States.

24. The Defendants' delay in processing of the applications has further deprived the Plaintiff of his right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

25. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Plaintiffs' applications and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' case.

## **PRAYER**

**Wherefore,** Plaintiffs request that this Honorable Court enter an order:

(a)   Requiring Defendants to adjudicate Plaintiffs' adjustment of status application (1-485);

(b)   Awarding Plaintiff reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c)   Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,
Mohammed Jawad

By: _____
Vivian R. Khalaf

Vivian R. Khalaf
Khalaf, Abuzir & Mitchell, P.C.
10003 S. Roberts Road
Palos Hills, Illinois 60465
Tel. (708)233-1122
Fax. (708)233-1161

6

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

COMMITTEE ON
FINANCIAL SERVICES

COMMITTEE ON THE BUDGET

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202-225-4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773-267-5926

December 15, 2003

Mr. Mohammed Jawad
3335 W. Argyle St. Apt. 1
Chicago, IL 60625

Dear Mr. Jawad:

I received the enclosed letter from the U.S. Department of Citizenship and Immigration Services in response to the inquiry I made on your behalf.

I hope that my office has been of assistance to you. Please do not hesitate to contact me again if I can be of assistance with a matter of federal concern.

Sincerely,

Rahm Emanuel
Member of Congress

3742 W. Irving Park Road
Chicago, Illinois 60618
773-267-5926

RE\ml
Enclosure

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON
GOVERNMENTAL AFFAIRS

SELECT COMMITTEE ON INTELLIGENCE

ASSISTANT DEMOCRATIC
FLOOR LEADER

# United States Senate
Washington, DC 20510–1304

392 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

www.senate.gov/~durbin

November 23, 2004

Mr. Mohammed Jawad
3335 W. Argyle St.
Chicago, IL 60625

Dear Mr. Jawad:

Thank you for your request for assistance from this office. We would like very much to be able to assist you with your request, however, we must obtain more information from you.

Please complete and return the enclosed Privacy Act Release form to Nicholas P. Jordan, a senate aide in my Chicago office, so we can pursue this matter further. You may also wish to enclose copies of any documents you feel are relevant to your current situation.

Once my office receives these documents we will review them and take appropriate action.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/nj

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202-225-4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773-267-5926

June 15, 2007

Mr. Mohammed Jawad
P.O. Box 578158
Chicago, IL 60657

Dear Mr. Jawad:

I have received the enclosed letter from the U.S. Citizenship and Immigration Services - Chicago District Office in response to the inquiry made on your behalf.

When I receive further information, I will let you know. If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml
Enclosure

The Honorable Rahm Emanuel
U.S. Representative
Attn: Mary Ann Levar

June 13, 2007

A42-708-893 Mohammed Jawad

Dear Congressman Emanuel:

This is in response to your inquiry dated June 13, 20007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Mohammed Jawad. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand that your constituent is frustrated by the progress of his/her application. In order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.

Sincerely,


Robert L. Blackwood
Field Office Director

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202-225-4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773-267-5926

September 11, 2006

Mr. Mohammed Jawad
P.O. Box 578158
Chicago, IL 60657

Dear Mr. Jawad:

I wanted to let you know that I am still working on your case. I have not received a response to my inquiry on your behalf since June 16, 2006 from the FBI.

I have sent another inquiry to the U.S. Citizenship and Immigration Services - Chicago District Office, and I will provide you with any information I receive. In the meantime, if you have any questions, feel free to contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

-----Original Message-----
**From:**]
**Sent:** Thursday, December 23, 2004 1:57 PM
**To:** Jordan, Nick (Durbin)
**Subject:** Acknowledgement of your inquiry dated 12/23/2004 11:22:27 AM

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

December 23, 2004

The Honorable Richard J. Durbin
United States Senator
230 South Dearborn, 38th FL.
Chicago, IL 60604

Attention: Nicholas Jordan

Re: A042 708 893 - Jawad, Mohammed

Dear Senator Durbin,

The purpose of this letter is to acknowledge receipt of your recent inquiry in the case of Mohammed Jawad.

Please be advised that we are working on a response to that inquiry and recognize that, due to the nature of the case, it may take some time to obtain the information requested. We hope to be able to provide you a response in no later than 30 days.

If you do not hear from this office by this date, please feel free to contact our designated Congressional liaison. Please reference the automated tracking system number given below in any follow-up inquiry.

Sincerely,

Michael M. Comfort
District Director
Correspondence Tracking Number: CHI122304 87
Thank you for contacting USCIS Customer Service

LIN 0315953023



**DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

CHI 70/48.2-C

*10 West Jackson Boulevard*
*Chicago, IL 60604*

DEC 1 7 2003

A42 708 893

Mohammed Jawad
1566 Timber Trail
Wheaton, IL 60187

Dear Mohammed Jawad:        RE: Not Applicable

Thank you for your recent correspondence received at this office on 07/14/2003.

The Chicago Bureau of Citizenship and Immigration Service records indicate that the application for Mohammed Jawad A#42 708 893 is now in the process of being scheduled. The file was transferred to our scheduling department, where it will then be scheduled for fingerprints, if needed, and subsequently, the adjustment of status interview. We appreciate your patience as the process takes its course. Thank you.

Sincerely,

Donald J. Monica
Interim District Director
U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

Correspondence Tracking Number: CHI030714 47

Thank you for contacting INS Customer Service

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

CHI 70/48.2-C

October 4, 2004

MOHAMMED N. JAWAD
3335 W. ARGYLE ST., APT. 1
CHICAGO, IL 60625

Re: A042 708 893 - JAWAD, MOHAMMED

Dear MOHAMMED JAWAD,

This is to acknowledge receipt of the document you submitted in support of your application. The receipt of these documents does not automatically guarantee a favorable decision. The documents will be forwarded to an officer for review and you will receive a decision by mail. We appreciate your patience as the processing of your application takes its course. Please notify the Service of any changes of address to avoid further delay in processing of your application.

Sincerely,

Michael M. Comfort
District Director

MMC:lme
Correspondence Tracking Number: CHI100404 64
Thank you for contacting USCIS Customer Service

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

MOHAMMED N. JAWAD
1566 TIMBER TRAIL
WHEATON, IL 60187

Date: July 26, 2004
File Number: 42708893

## Appointment Notice

You are scheduled for an interview regarding your I-485 Application to Adjust Status to that of a lawful permanent resident. Please appear with your petitioner on 8/31/2004 at 9:00:00 AM. Your local USCIS office is located at: 230 S. Dearborn Street, 2nd Floor, Chicago, Illinois.

**PLEASE READ THE INSTRUCTIONS BELOW:**

IF YOU DO NOT SPEAK ENGLISH PLEASE BRING AN ADULT TRANSLATOR (*FAMILY MEMBERS AND ATTORNEYS ARE NOT ACCEPTABLE TRANSLATORS*) *YOU MUST BRING ORIGINALS AND COPIES OF THE FOLLOWING DOCUMENTS:*

- MEDICAL EXAMINATION FORM I-693 IN A **SEALED ENVELOPE**
- AFFIDAVIT OF SUPPORT FORM I-864 (WITH YOUR TAX RETURNS FOR THE LAST 3 YEARS, W-2's and current job letter).
- CERTIFIED COURT DISPOSITIONS (for ALL arrests, no matter how long ago the arrest occurred)
- 2 Color ADIT-Style photographs
- Photo Identification for yourself and your petitioner
- Your employment authorization card
- English translations of any foreign documents (Use certified translators only)
- Proof of legal entry into the United States, passport and/or proof of payment of I-485 Supplement A.
- Birth certificates for beneficiary, petitioner and ALL children
- Marriage certificates (If married previously, proof of termination of ALL previous marriages)
- If applying based on marriage to a U.S. citizen or lawful permanent resident:
  - Wedding or family photos
  - Proof of joint residence (i.e., mortgages, leases, and utility bills)
  - Proof of joint credit and joint purchases
  - Bank statements and credit card statements
  - Proof of medical, dental, and life insurance

Failure to appear for the scheduled interview will be deemed an abandonment of the application and will result in a denial of the application pursuant to 8 CFR 103.2(b)(13).

Sincerely,

Michael M. Comfort
District Director

Examiner: 10

For Questions and Concerns Contact: Website: www.uscis.gov, Telephone: 1-800-375-5283, TTY: 312-385-1813

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mohammad Jawad<br>A 42 708 893<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; SECRETARY MICHAEL CHERTOFF;UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RUTH DORCHOFF, DISTRICT DIRECTOR;<br>MICHAEL MUKASEY, US ATTORNEY GENERAL AND THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF INVESTIGATIONS, ROBERT MUELLER, DIRECTOR.<br>　　　　　　　Defendants. | Case No.<br><br>Judge<br><br>Magistrate<br><br>Jury Demand |

## NOTICE OF FILING

TO: Robert Mueller
Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, D.C. 20535-0001
**Via Hand Delivery**

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, D.C. 20528
**Via First Class Mail**

Michael Mukasey
US Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
**Via First Class Mail**

RUTH DORCHOFF
District Director, USCIS
101 West Congress Parkway,
Chicago, Illinois 60605
**Via Hand Delivery**

　　PLEASE TAKE NOTICE that on _____, Petitioner filed with the United States District Court for the Northern District of Illinois, their Petition for Writ of Mandamus, a copy of which is hereby delivered to your office on _____.

_____
Vivian R. Khalaf

## CERTIFICATE OF SERVICE

　　The undersigned attorney certifies that they caused this Notice to be served upon the above addressee by mail service by 5:00 p.m. on _____.

_____
Vivian R. Khalaf

7