UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Mohammed Jawad
                                        Plaintiff,
v.                                      Case No.: 1:07−cv−06649
                                        Honorable Ronald A. Guzman

U.S. Department of Homeland Security, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 3/12/2008. Plaintiff not in court. This case is dismissed for want of prosecution. Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.